. (55 South. 728.)

No. 18,731.

STATE v. GOSS.

(April 24, 1911.)

Appeal from Twenty-Fifth Judicial District Court, Parish of Tangipahoa; Robert S. Ellis, Judge.

Action by the State against Walter Goss on an appearance bond. On appeal from an order dismissing a rule to annul and set aside the bond. Dismissed.

Clay Elliott, for appellant. Walter Guion, Atty. Gen., and Wm. H. McClendon, Dist. Atty. (G. A. Gondran, of counsel), for the State.

PROVOSTY, J. This is the appeal which, in the decision handed down on the 10th of this month, in the case of same title, No. 18,730, 55 South. 723,[1] was said to have been abandoned by reason of want of jurisdiction of this court to entertain it.

Appeal dismissed.

SOMMERVILLE, J., takes no part herein.